CABINET REALTY, INC. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF MANSFIELD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 17 Conn. App. 344, is denied.

*Steven R. Humphrey,* in support of the petition.

*Andrew J. O'Keefe* and *Maureen S. Dinnan,* in opposition.

Decided February 22, 1989

STATE OF CONNECTICUT *v.* DAVID GARRITY

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 376, is denied.

*Ronald D. Williams, Jr.,* special public defender, in support of the petition.

*James M. Ralls,* deputy assistant state's attorney, in opposition.

Decided March 2, 1989